IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

TRAVIS F. GRIGGS                                                                    PLAINTIFF

V.                                            CIVIL ACTION NO. 4:14-CV-00172-SA-JMV

LEFLORE COUNTY, MISSISSIPPI,
COREY WEATHERSPOON, INDIVIDUALLY
AND IN HIS CAPACITY AS LEFLORE COUNTY
SHERIFF'S DEPUTY AND AGENT OF THE
NORTH CENTRAL NARCOTICS TASK FORCE,
ALEX GRANDERSON, INDIVIDUALLY AND
IN HIS CAPACITY AS LEFLORE COUNTY
SHERIFF'S DEPUTY AND DWIGHT MCCASKILL,
INDIVIDUALLY AND IN HIS CAPACITY AS
LEFLORE COUNTY SHERIFF'S DEPUTY              DEFENDANTS

**FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE**

THIS CAUSE having come on for hearing on motion of the parties *ore tenus* to dismiss the plaintiff's cause of action with prejudice, and this Court, having considered the same and being fully advised in the premises, and it appearing that this entire cause has been compromised and settled as between and among the parties, is of the opinion that said motion is well-taken and should be, and the same is, hereby granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this cause be and the same is hereby dismissed with prejudice, with each party bearing its own costs.

SO ORDERED AND ADJUDGED, this the 16th day of November, 2015.

                                                        /s/ Sharion Aycock
                                                        **U.S. DISTRICT JUDGE**